**SUPPRESSED**

**FILED**
MAY 0 9 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | 4:12CR00186ERW |
| MICHAEL DARRIS, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 20, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**MICHAEL DARRIS,**

the Defendant herein, did knowingly and intentionally distribute twenty-eight (28) grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(B).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney